IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

DANIEL B. FISHER,

     Plaintiff,

v.                                          No. 1:23-cv-28 JB/KRS

WALMART,

     Defendant.

## ORDER VACATING SCHEDULING CONFERENCE
## AND PROVIDING ELECTRONIC FILING INFORMATION

THIS CASE is before the Court on Plaintiff's Notice of Motion to Remand, (Doc. 15), filed March 21, 2023. Due to Plaintiff's motion to remand this case to state court, the Court will vacate the June 6, 2023 scheduling conference and all associated deadlines.

The Court notes that in his Motion to Remand, Plaintiff asks for permission to file and receive notices via e-mail in this case. (Doc. 15) at 1. Pro se parties may only file documents by mail, by in-person delivery, or, if they have been granted permission, by filing electronically using the Court's CM/ECF system. The Court directs Plaintiff to the "Guide for Pro Se Litigants," the "CM/ECF Administrative Procedures Manual," and the "Local Rules of Civil Procedure," which provide information for obtaining permission to file electronically. All three documents are available on the Court's website: www.nmd.uscourts.gov.

IT IS THEREFORE ORDERED that the June 6, 2023 Scheduling Conference and all associated deadlines in Document 14 are hereby VACATED. The Court will reset the scheduling conference after Plaintiff's Motion to Remand has been decided.

                                                         /s/ Kevin Sweazea  
                                                         KEVIN R. SWEAZEA  
                                                         UNITED STATES MAGISTRATE JUDGE