IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

DANIEL B. FISHER,

    Plaintiff,

v.   No. 1:23-cv-28 JB/KRS

WALMART,

    Defendant.

### ORDER SETTING TELEPHONIC STATUS CONFERENCE

A Telephonic Status Conference will be conducted on **October 29, 2024 at 11:00 a.m.** to reset the settlement conference. Counsel and pro se parties shall call **(888) 398-2342** and enter access code **8193818** to be connected to the Telephonic Status Conference.

IT IS SO ORDERED.

_____
KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE